## GARCIA v. STATE.
### No. 26212.

Court of Criminal Appeals of Texas.
Jan. 28, 1953.

No attorney on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

DAVIDSON, Commissioner.

The offense is drunk driving upon a public highway, with punishment assessed at a fine of $100.

The record contains no statement of facts or bills of exception. Nothing is presented for consideration.

The judgment is affirmed.

Opinion approved by the court.